IN RE: QUINN          CASE NO. 10-14489

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

833-8468

VOID AFTER 90 DAYS          111
                            60-249 / 433
                            164
                            14206

TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 10-14489 EWM | QUINN, ANTHONY |
| 92009467703366 | |
| COMBINED SMALL CHECK | |

Date  10/13/2011          $ ************1.99

~~~One Dollar and 99/100

Pay to the Order of  U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑈000000111⑈ ⑆043302493⑆ 92009467703366⑈

11/4/11
DEPOSIT TO UNCLAIMED
UNDER $25.00 (106000).
DUE: SEE ATTACHED.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229305     - KW
* * C O P Y * *
November 04, 2011
15:01:58

UNC.UNDER$25
10-14489
Debtor.: ANTHONY QUINN
Trustee: Wilbur Babin, Jr.
Amount.:                $1.99 CH
Check#.: 111

Total-> $1.99

FROM: BABIN

## WILBUR J. "BILL" BABIN, JR.

*Trustee in Bankruptcy*

3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

November 2, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: QUINN, ANTHONY
USBC-EDLA 10-14489-A

Dear Ms. Vogel:

In compliance with Rule 3010 of the Rules of Bankruptcy Procedure, attached hereto please find check in the amount of $1.99 representing dividends in an amount less than $5.00 due to the following creditors:

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131-1605
Claim #6                                                                 $1.99

**Total:**                                                               $1.99

Please treat these funds in the same manner as unclaimed funds.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

_____
WILBUR J. "BILL" BABIN, JR.-TRUSTEE

WJBjr/ld
Enclosure